UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>          *Plaintiff,*  )<br>  )<br>   v.  )<br>  )<br>BALDEV SINGH MULTANI, a/k/a  )<br>BALDEV SINGH,  )<br>  )<br>          *Defendant.*  ) | CASE NO. 2:19-cv-01789-BJR<br><br>ORDER OF APPOINTMENT OF COUNSEL |

    The Court hereby appoints Timothy J. Feulner, P.O. Box 40116, Olympia, Washington 98504, (360) 586-1445, tim.feulner@gmail.com, as counsel for Defendant pursuant to the "Plan and Rules of the United States District Court for the Western District of Washington at Seattle for the Representation of Pro Se Litigants."

    Counsel is directed to file a Notice of Appearance within ten (10) calendar days. If counsel is unable for a reason set forth in the Rules to assume this representation, a motion for relief from appointment should be filed immediately.

    In the event Defendant prevails, appointed counsel may move for an award of attorney's fees under any applicable authority. The Court is unable to assure counsel of compensation from any other source.

    The Clerk is directed to send a copy of this Order to defendant, counsel for

defendant and to counsel for plaintiff.

DATED this 27th day of August, 2020.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE