# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: No. 2:19-cv-01789-BJR |
| Plaintiff, | JOINT STATUS REPORT ORDER |
| v. | |
| BALDEV SINGH MULTANI, a/k/a Baldev Singh, | |
| Defendant. | |

THIS MATTER came before the Court on the parties' joint status report updating the Court on settlement negotiations. Having reviewed the joint status report, and being fully advised, the Court does hereby find and **ORDER**:

1. The parties shall either file a notice as soon as settlement is reached or file a status report no later than September 9, 2021, updating the Court on the status of settlement negotiations.

2. The Clerk of the Court shall enter an order accordingly.

DATED: July 12, 2021

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT COURT JUDGE